**Order entered March 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-01028-CV

## IN THE BEST INTEREST AND PROTECTION OF C.C.C.

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32861CR**

## ORDER

This is an appeal from the trial court's order extending mental health services. *See* TEX. HEALTH & SAFETY CODE ANN. § 574.070. Before the Court is appellant's March 24, 2022 unopposed second motion for an extension of time to file his brief on the merits. Appellant requests a twenty-day extension. We **GRANT** the motion **ONLY TO THE EXTENT** that appellant shall file his brief on or before **April 4, 2022**. Because disposition of this appeal receives expedited consideration, we caution appellant that no further extensions will be granted. *See id*. § 574.070(e) (court of appeals shall give appeal preference and advance the appeal on the docket).

/s/     LESLIE OSBORNE
         JUSTICE